FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
* JUNE 12, 2026 *
BROOKLYN OFFICE

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

26-CR-177
Judge Kiyo A. Matsumoto
Magistrate Judge James R. Cho

1.    Title of Case: <u>United States v. Frank Carone et al.</u>

2.    Related Magistrate Docket Number(s): _____

3.    Arrest Date:

4.    Nature of offense(s):    ☒    Felony
                              ☐    Misdemeanor

5.    Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y.
      Division of Business Rules): _____

6.    Projected Length of Trial:    Less than 6 weeks    ☒
                                    More than 6 weeks    ☐

7.    County in which crime was allegedly committed: <u>Kings County</u>
      (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.    Was any aspect of the investigation, inquiry and prosecution giving rise to the case
      pending or initiated before March 10, 2012.[1]        ☐ Yes  ☒ No

9.    Has this indictment/information been ordered sealed?        ☒ Yes  ☐ No

10.   Have arrest warrants been ordered?        ☒ Yes  ☐ No

11.   Is there a capital count included in the indictment?  ☐ Yes  ☒ No

JOSEPH NOCELLA, JR.
United States Attorney

By:        _____/s/ Sara K. Winik_____
           Sara K. Winik
           Assistant U.S. Attorney
           Sara.Winik@usdoj.gov
           718-254-6058

---

[1]    Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 1/11/25