SKW
F.# 2024R00298

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ANTHONY J. CARONE,
FRANK V. CARONE,
CRYSTAL CHEN,
YAN PO ZHU, and
       also known as "Andy Zhu,"

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - X

~~P R O P O S E D~~ O R D E R

CR 26-177 (KAM)

        Upon the application of MICHAEL G. CONSIDINE, Attorney for the United States for the Eastern District of New York, by Assistant United States Attorney Sara K. Winik, for an order unsealing the above-captioned matter in its entirety.

        WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:    Brooklyn, New York
          June 24, 2026

*Marcia M. Henry*
HONORABLE MARCIA M. HENRY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK