

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SKW                                              *Select Street Address*
F. #2024R00298                                   *Select City & State*

June 24, 2026

By E-mail

The Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   United States v. Carone et al.
>       Criminal Docket No. 26-177 (KAM)

Dear Judge Henry:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

Respectfully submitted,

MICHAEL G. CONSIDINE
Attorney for the United States
Acting under Authority Conferred by 28
U.S.C. § 515

By:       /s/
            Sara K. Winik
            Adam R. Toporovsky
            Eric Silverberg
            Assistant U.S. Attorneys
            (718) 254-7000

Enclosure

cc:     Clerk of Court (by ECF)