# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Marcia M. Henry | **DATE:** 06/26/2026 |

**CLERK:** J. Boyd

| | |
|---|---|
| **DOCKET #:** 26 CR 177 (KAM) | **LOG TIME:** 11:25 AM – 11:49 AM |

**DEFENDANTS NAME:** Anthony Carone

| Present | Not Present | __ Custody | _X_ Bail |
|---|---|---|---|

**DEFENSE COUNSEL:** John Arlia

| Court Appointed | Federal Defender | _ CJA | _X_ Retained |
|---|---|---|---|

**A.U.S.A:** Eric Silverberg

| | |
|---|---|
| **INTERPRETER:** | **LANGUAGE:** |

**Defendant arraigned on the:** __ Complaint __ Indictment __ Superseding Indictment __ Probation Violation

| | |
|---|---|
| ___Defendant pleads NOT GUILTY to ALL counts. | ___ Defendants first appearance. |
| ____ Government Agent Sworn | ____ Rule 5f warnings given to the govt. |
| ____ DETENTION HEARING Held. | ____ BAIL HEARING Held. |

____ Bond set at $ 500,000

**Defendant:** __ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

_2_ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

____(Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody. ____ Leave to reopen granted.

| | |
|---|---|
| ____ Order scheduling a Detention Hearing entered. | __ Bail Hearing set for _____ |
| ____ Preliminary Hearing set for | _____ Preliminary Hearing waived by defendant |

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| | | |
|---|---|---|
| ___ Order of Excludable Delay/Speedy Trial entered. | **Start Date**: | **End Date**: |

| | |
|---|---|
| **Removal District:** | **Removal District Case Number:** |

____ Removal (Rule 5) Proceeding held.

| | |
|---|---|
| ____ Identity hearing held | **Court:** ___ Orders removal ___ Denies Removal |
| ____ Defendant waives Identity hearing | ____ Defendant waives Preliminary hearing |

____ No bail application presented to the court. Commitment to the District entered.

____ Medical memo issued.

____ Defendant failed to appear; bench warrant issued.

____ Status conference set for ____/ /____ @ __am or pm__ before District Judge: ____

**Other Rulings:** AUSA Eric Silverberg present; Dft present with rtd counsel John Arlia. Bond signing held. Two (2) sureties were present and advised of bond obligations and signed the bond.