# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Marcia Henry | **DATE:** 06/26/2026 |

**CLERK:** J. Boyd

| | |
|---|---|
| **DOCKET #:** 26 CR 177 (KAM) | **LOG TIME:** 11:25 AM – 11:49 AM |

**DEFENDANTS NAME:** Frank V Carone

| \_\_\_ **Present** | \_\_\_ **Not Present** | \_\_ **Custody** | \_X\_ **Bail** |
|---|---|---|---|

**DEFENSE COUNSEL:** Rona Proper

| \_\_\_\_ **Court Appointed** | \_\_\_\_ **Federal Defender** | \_ **CJA** | \_X\_ **Retained** |
|---|---|---|---|

**A.U.S.A:** Eric Silverberg

| **INTERPRETER:** | **LANGUAGE:** |
|---|---|

**Defendant arraigned on the:** \_\_ **Complaint** \_ **Indictment** \_\_ **Superseding Indictment** \_\_ **Probation Violation**

| \_\_\_**Defendant pleads NOT GUILTY to ALL counts.** | \_\_\_ **Defendants first appearance.** |
|---|---|
| \_\_\_\_ **Government Agent Sworn** | \_\_\_\_ **Rule 5f warnings given to the govt.** |
| \_\_\_\_ **DETENTION HEARING Held.** | \_\_\_\_ **BAIL HEARING Held.** |

\_\_X\_ **Bond set at $** 2 Million

**Defendant:** \_\_ **released** \_\_\_ **held pending satisfaction of bond conditions.**

\_\_\_ **Defendant advised of bond conditions set by the Court and signed the bond.**

\_2\_ **Surety/ies sworn, advised of bond obligations by the Court and signed the bond.**

\_\_\_\_**(Additional) surety/ies to co-sign bond by** _____

\_\_\_\_ **After hearing, Court orders detention in custody.** \_\_\_\_ **Leave to reopen granted.**

| \_\_\_\_ **Order scheduling a Detention Hearing entered.** | \_\_ **Bail Hearing set for** _____ |
|---|---|
| \_\_\_\_ **Preliminary Hearing set for** | \_\_\_\_\_ **Preliminary Hearing waived by defendant** |

\_\_\_\_ **At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.**

| \_\_\_ **Order of Excludable Delay/Speedy Trial entered.** | **Start Date:** | **End Date:** |
|---|---|---|
| **Removal District:** | **Removal District Case Number:** | |

\_\_\_\_ **Removal (Rule 5) Proceeding held.**

| \_\_\_\_ **Identity hearing held** | **Court:** \_\_\_ **Orders removal** \_\_\_ **Denies Removal** |
|---|---|
| \_\_\_\_ **Defendant waives Identity hearing** | \_\_\_ **Defendant waives Preliminary hearing** |

\_\_\_\_ **No bail application presented to the court. Commitment to the District entered.**

\_\_\_\_ **Medical memo issued.**

\_\_\_\_ **Defendant failed to appear; bench warrant issued.**

\_\_\_ **Status conference set for** \_\_\_\_/\_\_/\_\_\_ **@** \_\_**am or pm** **before District Judge:**

**Other Rulings:** AUSA Eric Silverberg present; Dft present with retained counsel Rona Proper. Bond signing held. Two (2) sureties were present and advised of bond obligations and signed the bond.