STEPHEN P. SCARING, P.C.
ATTORNEYS AT LAW
SUITE 501

STEPHEN P. SCARING
~OF COUNSEL~
MATTHEW W. BRISSENDEN
SUSAN SCARING CARMEN

666 OLD COUNTRY ROAD
GARDEN CITY, NY 11530-2005
--
516-683-8500
--
FAX
516-683-8410

sscaring@scaringlaw.com

July 1, 2026

**Via ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:    *United States v. Yan Po Zhu*
          26-CR-177

Dear Judge Matsumoto

This office represents the Defendant Yan Po Zhu in the above-referenced matter.  At today's conference we sought a modification of the Defendant's bond, which would reduce the number of required sureties from three to two.  The Court asked this office to confirm that the two existing sureties consented to such a change.

At the Court's direction we have conferred with the two present sureties, Elaine Zhu and Yan Zhu, both of whom have confirmed they are willing to continue in that role in the absence of a third surety.

Respectfully submitted,

/s/

Stephen P. Scaring

cc:    All Counsel (via ECF)