

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SKW/AT/ES
F. #2024R00298

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 6, 2026

By E-Mail

The Honorable Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Carone, et al.
           Criminal Docket No. 26-177 (KAM)

Dear Judge Kaminsky:

      The government respectfully submits this letter as ordered by the Court regarding the signature of the defendant Yan Po Zhu's surety on his bond. Since the surety signed the bond in her legal name, the government agrees with defense counsel that the surety is bound by the bond.

      Respectfully submitted,

      MICHAEL G. CONSIDINE
      Attorney for the United States
      Acting under Authority Conferred by 28
      U.S.C. § 515

      By:       /s/
           Sara K. Winik
           Adam R. Toporovsky
           Eric Silverberg
           Assistant U.S. Attorneys
           (718) 254-7000

cc:    Clerk of Court (by email)
       Defense Counsel (by email)