UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTHONY J. CARONE, FRANK V. CARONE, CRYSTAL CHEN, AND YAN PO ZHU,<br><br>Defendants. | No. 1:26-cr-00177 (KAM) |

**DEFENDANTS ANTHONY J. CARONE, FRANK V. CARONE, CRYSTAL CHEN, AND YAN PO ZHU'S NOTICE OF MOTION AND MOTION FOR A BILL OF PARTICULARS**

Please take notice that Defendants by and through the undersigned counsel, respectfully move this Court for an Order directing the government to file a bill of particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure. In support thereof, Defendants submit the accompanying memorandum of law and certification pursuant to Local Criminal Rule 16.1.

WHEREFORE Defendants respectfully request that the Court enter an Order directing the government to file a bill of particulars.

Dated: New York, New York
August 25, 2026

Respectfully submitted,

**COOLEY LLP**

By: *__/s/Andrew D. Goldstein__*
Andrew D. Goldstein

Russell Capone
Rona S. Proper
55 Hudson Yards
New York, New York 10036
Phone: (212) 479-6000
Email: agoldstein@cooley.com
rcapone@cooley.com
rproper@cooley.com

**AGNIFILO INTRATER LLP**

Marc A. Agnifilo
Jacob Kaplan
Karen Firedman Agnifilo
Zach Intrater
140 Broadway, Suite 4530
New York, New York 10036
Phone: (646) 205-4350
Email: marc@agilawgroup.com
jacob@agilawgroup.com
karen@agilawgroup.com
zach@agilawgroup.com

**AIDALA, BERTUNA & KAMINS, P.C.**

Arthur L. Aidala
546 Fifth Avenue
New York, New York 10036
Phone: (212) 486-0011
Email: aidalaesq@aidalalaw.com

*Attorneys for Defendant Frank V. Carone*

**JENNER & BLOCK LLP**

Katya T. Jestin
Andrew Rohrback
1155 Avenue of the Americas
New York, New York 10036
Phone: (212) 891-1623
Email: kjestin@jenner.com
arohrbach@jenner.com

**WHARTON LAW PLLC**

Kendra Wharton
500 S. Australian Ave
West Palm Beach, Florida 33401
Phone: (561) 247-5279
Email: k.wharton@whartonlawpllc.com

**WENGER & ARLIA LLP**

John Arlia

20 Vesey Street, Suite 210
New York, New York 10007
Phone: (212) 566-6262
Email: john.arlia@yahoo.com

*Attorneys for Defendant Anthony J. Carone*

**COZEN O'CONNOR**

J. Bruce Maffeo
3 WTC, 175 Greenwich Street
Ste 55th Floor
New York, New York 10007
Phone: (212) 883-4951
Email: jbmaffeo@cozen.com

**MATTHEW WHITNEY BRISSENDEN**

Matthew W. Brissenden
666 Old Country Road, Suite 501
Garden City, New York 11530
Phone: (516) 817-4551
Email: mbrissenden@scaringlaw.com

**STEPHEN P. SCARING P.C.**

Stephen P. Scaring
666 Old Country Road, Suite 501
Garden City, New York 11530
Phone: (516) 683-8500
Email: sscaring@scaringlaw.com

*Attorneys for Defendant Yan Po Zhu*

**JOHN CARMAN ESQ.**

John F. Carman
66 Old Country Road, Suite 501
Garden City, New York 11530
Phone: (516) 683-3600
Email: john@johncarmanlaw.com

*Attorneys for Defendant Crystal Chen*